```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF INDIANA
                      HAMMOND DIVISION

RONALD WORDS,                    )
                                 )
        Plaintiff                )
                                 )
     v.                          )    Case No. 2:06 cv 2
                                 )
2nd DIMENSIONS NIGHT CLUB,       )
BRYAN GALLAS, ALEX ALVAREZ,      )
LESS LEWIS, GARY STURM,          )
                                 )
        Defendants               )
```

## REPORT AND RECOMMENDATION

On March 1, 2007, a status conference was conducted and the parties were ordered to complete discovery by May 31, 2007. Another status conference was scheduled for June 8, 2007, at 10:00 A.M.

The defendants, through their attorney Caleb Johnson, appeared for the status conference. The plaintiff failed to appear. Mr. Johnson indicated that the plaintiff failed to appear at two scheduled depositions, March 23, 2007 and May 21, 2007. He also indicated that the plaintiff has failed to respond to written discovery requests served on him on March 28, 2007. These discovery issues are the subject of the motion to dismiss filed on May 31, 2007.

Based upon the plaintiff's failure to appear at the June 8 status conference and his failure to comply with discovery, **IT IS RECOMMENDED** that this matter be **DISMISSED WITH PREJUDICE**. Federal Rules of Civil Procedure 16(f) and Rule 41(b).

Pursuant to 28 U.S.C. §636(b)(1), the parties shall have ten (10) days after being served with a copy of this Recommendation

to file written objections thereto with the Clerk of Court, with extra copies mailed to the Chambers of the Honorable James T. Moody, Judge of the United States District Court, Hammond Division, and the Chambers of United States Magistrate Judge Andrew P. Rodovich.  The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals.  *Willis v. Caterpillar, Incorporated*, 199 F.3d 902, 904 (7th Cir. 1999); *Johnson v. Zema Systems Corporation*, 170 F.3d 734, 739 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corporation*, 882 F.2d 258, 260-61 (7th Cir. 1989); *United States v. Johnson*, 859 F.2d 1289, 1294 (7th Cir. 1988); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

    ENTERED this 11th day of June, 2007

    s/ ANDREW P. RODOVICH
    United States Magistrate Judge