UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **RONALD WORDS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:06 CV 2 |
| | ) | |
| **2nd DIMENSIONS LLC** | ) | |
| **d/b/a 2nd Dimensions Night Club,** | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On June 11, 2007, Magistrate Judge Rodovich issued a written report and recommendation (docket # 39) regarding defendant's motion to dismiss, recommending that the motion be granted due to plaintiff's failure to appear at the June 8, 2007, status conference and comply with discovery.  No objections have been filed. Therefore, the court accepts and adopts Magistrate Judge Rodovich's report and recommendation and hereby orders that the motion (docket #36) be **GRANTED.** This case is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 16(f) and 41(b).

**SO ORDERED.**

**Enter**: July 5, 2007

s/James T. Moody_____
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT